**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

CHUNHUA LI

Plaintiff,

v.

Case No.: 1:26−cv−05733

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion to stay [45] is granted, and no appearance is necessary. The court stays the orders' [22][26][35] requirement that Amazon transfer funds. To lift the stay, plaintiff must file a motion (and notice the motion for in−person appearance on Judge Shah's motion call). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.